UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Rome

SEP 1 0 2013

JAMES N. HATTEN, Clerk
        Deputy Clerk

In re:

JOSHUA STERLING WALL and
MICHELLE ILONA WALL,

    Debtors,

THE BANK OF NEW YORK MELLON
fka the Bank of New York, as
Trustee for the
Certificateholders of CWHEQ,
Inc., Home Equity Asset Backed
Certificates, Series 2006-S7,

    Appellant,

v.

JOSHUA STERLING WALL and
MICHELLE ILONA WALL,

    Appellees.

CIVIL ACTION

NO.  1:13-CV-2945-RLV

O R D E R

The undersigned does hereby RECUSE himself from further consideration of this case.

SO ORDERED, this 10th day of September, 2013.

                                    ROBERT L. VINING, JR.
                                    Senior United States District Judge