**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BANK OF AMERICA, NA,<br><br>            Plaintiff,<br><br>vs.<br><br>WALL, et al.,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-2945-RLV |

## NOTICE TO ALL COUNSEL OF RECORD

The above styled case was reassigned to the Honorable William S. Duffey, Jr. from the Honorable Robert L. Vining, Jr. pursuant to the court's order of September 10, 2013. The civil action number assigned to this case has been changed to **1:13-cv-2945-WSD** (emphasis added to indicate change).  Please make note of this change in order to facilitate the docketing of pleadings in this case.

Dated at Atlanta, Georgia this 10th day of September, 2013.


                                    JAMES N. HATTEN
                                    CLERK OF COURT


                                    By:   s/Jill Ayers
                                              Deputy Clerk

cc:    Honorable William S. Duffey, Jr.