UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA STERLING WALL and MICHELLE ILONA WALL, | |
| Debtors, | BANKRUPTCY CASE NO. 12-74207-WLH |
| BANK OF AMERICA, N.A., | |
| Appellant, | |
| vs. | |
| JOSHUA STERLING WALL and MICHELLE ILONA WALL, | CIVIL ACTION FILE |
| Appellees. | NO. 1:13-cv-2945-WSD |

### J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of the appellant's motion to dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that the appeal is dismissed with prejudice.

Dated at Atlanta, Georgia this 2nd day of January, 2014.

JAMES N. HATTEN
CLERK OF COURT

By: s/ A. Coleman
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 2, 2014
James N. Hatten
Clerk of Court

By:  s/ A. Coleman
        Deputy Clerk